# United States District Court
# Western District of North Carolina
# Statesville Div5:22ision

| Christina Violet Bare Blackburn, | ) | JUDGMENT IN CASE |
|---|---|---|
| Plaintiff(s), | ) | 5:22-cv-00132-DCK |
| vs. | ) | |
| Commissioner of Social Security, Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2023 Order.

March 8, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court